PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:23-cr-00001-CDB |
|---|---|
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL |
| v. | Doc. 5 |
| MAKAYLA M. MOORE, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-cr-00001-CDB against MAKAYLA M. MOORE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 19, 2023                    Respectfully submitted,

                                         PHILLIP A. TALBERT
                                         United States Attorney

                                  By:    /s/ Chan Hee Chu
                                         CHAN HEE CHU
                                         Special Assistant United States Attorney

1

## O R D E R

2

3        Based on the motion of the United States of America pursuant to Rule 48(a), Fed. R. Crim. P.

4 (Doc. 5), IT IS HEREBY ORDERED that Case No. 5:23-cr-00001-CDB against MAKAYLA M.

5 MOORE be dismissed, without prejudice, in the interest of justice.

6 IT IS SO ORDERED.

7        Dated:   **April 19, 2023**         _____

8                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

USA v. Moore
Case No. 5:23-cr-00001-CDB